568

478 A.2d 61

Commonwealth v. Shearer, Appellant.

Argued April 12, 1984.

William T. Jorden, for appellant; John M. Dawson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment affirmed.

478 A.2d 61

Commonwealth v. Smalls, Appellant.

Argued March 13, 1984. James G. Palmer, for appellant; William F. Merz, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.